1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5  

   Attorney for Defendant
6  CLARENCE HARDIMAN

7  

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10 

11 UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00109 OWW
                                    )
12             Plaintiff,           )   STIPULATION TO CONTINUE
                                    )   STATUS CONFERENCE HEARING;
13      v.                          )   ORDER
                                    )
14 CLARENCE HARDIMAN,               )
                                    )   Date:  March 9, 2009
15             Defendant.           )   Time:  9:00 a.m.
                                    )   Judge: Hon. Oliver W. Wanger
16 _____ )

17 

18      **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19 respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20 February 17, 2009 **may be continued to March 9, 2009 at 9:00 a.m.**

21      This continuance is requested by counsel for defendant to allow additional time for plea

22 negotiations and defense preparation.  AUSA Mark Cullers has no objection.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The continuance for further plea negotiations is in the interest of justice and will allow the case to proceed. Defense requests time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

DATED: February 11, 2009                  By  /s/ Mark E. Cullers
                                                    MARK E. CULLERS
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: February 11, 2009                  By  /s/ Melody M. Walcott
                                                    MELODY M. WALCOTT
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    CLARENC E HARDIMAN

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   February 11, 2009**                **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE